BRAUN, Plaintiff in error, vs. THE STATE, Defendant in error.

*November 14—December 8, 1931.*

For the plaintiff in error there was a brief by *Nohl, Nohl, Petrie & Blume* of Milwaukee, and oral argument by *Henry M. Blume.*

For the defendant in error there was a brief by the *Attorney General, George A. Bowman,* district attorney of Milwaukee county, and *John P. Donnelly,* assistant district attorney, and oral argument by *A. J. Beyer,* deputy district attorney.

WICKHEM, J.    This case was argued and submitted with *Miswald v. State,* decided herewith (*ante,* p. 309, 239 N. W. 418), and is ruled in all respects by the opinion in that case.

*By the Court.*—Judgment reversed, and cause remanded with directions to discharge the plaintiff in error.

FAIRCHILD, J., took no part.